**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

RAFAEL ANGEL GONZALEZ MENDOZA        Case No. 18-13386-RAM
and CARMEN CECILIA BALGUER PERAL,     Chapter 7

      Debtors.
_____/

**TRUSTEE'S NOTICE OF RULE**
**2004 EXAMINATION *DUCES TECUM* OF DEBTOR**
(*DOCUMENT PRODUCTION ONLY*)

      MARCIA T. DUNN, as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of RAFAEL ANGEL GONZALEZ MENDOZA and CARMEN CECILIA BALGUER PERAL (the "Debtors"), by and through her undersigned counsel, pursuant to Fed.R.Bankr.P. 2004 and Local Rule 2004-1, will examine the Debtor, Rafael Angel Gonzalez Mendoza (also referred to as the "Examinee"), under oath on **July 20, 2018 at 10:30 A.M.,** at the offices of **Dunn Law, P.A., 555 N.E. 15th Street, Suite 934-A, Miami, Florida 33132.**

      The examination is pursuant to Fed.R.Bankr.P. 2004 and Local Rule 2004-1. The scope of the examination shall be as described in Fed.R.Bankr.P. 2004, and will be taken before an officer authorized to stenographically record the testimony. Pursuant to Local Rule 2004-1, no order or subpoena shall be necessary, and to the extent that a request for production of documents under this rule may be construed as a request under Bankruptcy Rule 7034, the time to respond is shortened to fourteen (14) days.

***DOCUMENTS CAN BE PRODUCED IN LIEU OF APPEARANCE.***

      The Examinee is requested to produce all of the documents described on the attached Exhibit "A" no later than **July 20, 2018**, to the offices of Dunn Law, P.A., 555 N.E. 15th Street, Suite 934-A, Miami, FL 33132, or by e-mail to: joshua.kligler@dunnlawpa.com. The Examinee must either

produce the documents to undersigned counsel prior to the examination or alternatively, bring to the examination the documents described on the attached Subpoena, and must permit copying of the materials.

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 2nd day of July, 2018, upon the Debtor:

Rafael Angel Gonzalez Mendoza
8638 NW 113 Court
Miami, FL 33178

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 2nd day of July, 2018, upon all registered users in this case.

                **DUNN LAW, P.A.**
                *Counsel for Marcia T. Dunn, Trustee*
                555 Northeast 15th Street, Suite 934-A
                Miami, Florida 33132-1451
                Tel: 786-433-3866
                Fax: 786-260-0269
                joshua.kligler@dunnlawpa.com

By:    */s/ Joshua C. Kligler Esq.*
         Joshua C. Kligler, Esq.
         FL Bar No. 69397

## EXHIBIT "A"

## **DEFINITIONS**

Unless the context of a specific request requires otherwise, the following definitions and instructions shall apply to these requests:

A.  "Debtor", "Examinee", "You" and "Your" shall mean RAFAEL ANGEL GONZALEZ MENDOZA.

B.  "Joint Debtor" shall mean CARMEN CECILIA BALGUER PERAL.

C.  "Petition Date" shall mean **March 23, 2018.**

D.  "Case" or "instant cause" means the instant bankruptcy case, styled *In re: Rafael Angel Gonzalez Mendoza and Carmen Cecilia Balguer Peral.* (Case No.: 18-13386-RAM), pending in the United States District Court, Southern District of Florida, Miami Division.

E.  "Creditor" shall mean any person or entity to whom the Debtor owes money or is due performance of any other contractual obligation.

F.  "Communication" or "Communications" includes every manner of transmitting or receiving facts, information, opinions or thoughts (including, but not limited to: visually; orally; in writing; by digital, analog, electronic, magnetic, telephonic, or other mechanical means; or otherwise), including, without limitation, oral conversations, telephone calls, written correspondence, memoranda or notes, meetings document transmittals, facsimiles, emails or any other method by which information is transmitted.

G.  "Concerning", "concern," or any other derivative thereof, as used herein shall be construed as referring to, responding to, relating to (as defined herein), pertaining to, connected with, comprising, memorializing, commenting on, regarding, discussing, showing, describing, reflecting, analyzing or constituting.

H.  "Contract" or "contracts" shall mean (a) an agreement, oral or written, between two or more Persons which creates an obligation to do or not to do a particular thing, and (b) any document which serves as proof of the obligation, including, without limitation, any subcontract, insurance policy or other formal agreement, including exhibits, attachments, amendments (whether with or without effect), modifications (whether with or without effect), and addenda.

I.  "Document", "documents", or "documentation" means the original or a copy of any tangible thing from or on which Information can be stored, recorded, processed, transmitted, inscribed, or memorialized in any way by any means, regardless of technology or form an including, but not being limited to: accounting books or records; accounts; account statements; affidavits; agendas; agreements; analyses; applications; appointment books; appraisals; audio tapes; balance sheets; bordereaux; books; books or records of account; brochures; cables; calendars; catalogues; CD-ROMs; certificates; charts; circulars; compact discs; computer

printouts; contracts; correspondence; data processing input and output; deeds; deposition transcripts; desk calendars; diaries; digital images; drafts; DVDs; DVD-ROMs; electrical recordings; electronically stored Information, e-mail communications; evaluations; Excel spreadsheets; experiments; faxes; facsimiles; films; financial statements; floppy disks; guides; guidelines; hard copies of electronic, electrical, magnetic or any other communications not made on paper; hard disk drives; hearing transcripts; income statements; instant messages; interoffice communications; journals; ledgers; letters; lists; logs; magazines; magazine articles; magnetic recordings, magnetic tapes; manuals; memoranda; microfilms; minutes; newspapers, newspaper articles; notations, notebooks; notes; objects; opinions; papers; photographs; policies; powerpoint presentations; procedures; profit and loss statements, prospectuses; receipts; recordings; releases; reports; schedules; signature cards; sound recordings; spreadsheets; statements; statements of cash flow; statistical records; stock certificates; summaries of accounts; summaries; tables; tabulations; tangible things; telecommunications; telegrams; telefaxes; telex messages; tests; text messages; titles; transcripts; videos; videotapes; websites; work papers; and any other writings, be they typewritten, handwritten, printed, stored in or on any form of electronic or magnetic media, or otherwise, and other records, recordings or pictures of any kind or description. Each copy of a document which contains any separate notations or writings thereon shall be deemed to be a separate document for purposes of these requests. Any document identified will include any document, in draft or final form, either sent or received by You. This term also includes any documents now or ever in Your possession, custody or control, or available to You, Your attorneys, accountants, agents, representatives, employees, or associates, and specifically includes documents kept by individuals in their desks, at home, or elsewhere.

J.      "Documents" shall also mean all electronic data storage documents or electronically stored information (ESI) including, but not limited to, e-mails and any related attachments, electronic files or other data compilations which relate to the categories of documents as requested below. Your search for these electronically stored documents shall include all of Your computer hard drives, floppy discs, compact discs, backup and archival tapes, removable media such as zip drives, password protected and encrypted files, databases, electronic calendars, personal digital assistants, proprietary software, and inactive or unused computer disc storage areas.

K.      "Information" shall be expansively construed and shall include, but not be limited to facts, data, opinions, images, impressions, concepts and formulae.

L.      "Person" means any natural person, firm, partnership, joint venture, corporation, or group of natural persons or such entities.

M.      "Relating to," "related" or "relating" means, directly or indirectly, refer to, mention, describe, pertain to, arise out of or in connection with or in any way legally, logically, or factually connected with the matter discussed.

N.      When referring to a person, the term "Identify" shall mean to give, to the extent known, the person's full name, present or last known address, present of last known telephone number, present or last known e-mail address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance

with this paragraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

O.      When referring to a document, the term "Identify" shall mean to state the type of document as defined herein, the subject matter thereof, the date thereof, by whom it was written or prepared, by whom it was signed, to whom it was sent, the present location (name and address of place) thereof, and the present custodian of the original or copies thereof, so that the document is described in sufficient enough detail that it could be subject to a request for production of documents under the applicable rules of civil procedure. If any such document was, but no longer is, in Your possession or subject to Your control, state the disposition of the document.

P.      When referring to a communication other than a document, the term "Identify" shall mean to describe the communication in such a manner that all the following Information is provided: (1) whether the communication took place in person, by telephone, via e-mail, or otherwise; (2) if by telephone, the identity of the person originating the call, the identity of the person receiving the call, the identity of all other persons participating in the communication, and the location of each of those persons at the time of the communication; and the identity of all other persons present within hearing of any party to the communication; (3) if by e-mail, the identity, including name and e-mail address, of the person originating the e-mail; the identity or identities, including name and e-mail address, of all recipients; both intended and unintended, and including persons to whom blind copies were sent, of the e-mail communication; the date and time of the communication; all replies to and forwards of the original communication; the subject of the e-mail communication; and the identity and physical location of the computer, network, or server from which the e-mail was sent; (4) in in Person, the identity of all persons present during the communication and the location of the communication; (5) the date and time of the communication; (6) to the best of Your recollection, what was said by each party to the communication; and (7) the identity of the custodian of any document that recorded, summarized, or concerned the communication.

Q.      The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of this discovery all responses that might otherwise be construed to be outside of its scope.

R.      The words "any," "all" and "each" shall be construed as necessary to bring within the scope of this discovery request all responses that might otherwise be construed to be outside of its scope.

S.      The use of the singular form of any word includes the plural and vice versa.

T.      The use of the masculine form of any word includes the feminine form and the neuter form, and vice versa.

## INSTRUCTIONS

With respect to this request for documents, the following instructions shall apply:

A. This request for documents is continuing so as to require supplementary documents if additional information or documents hereafter are obtained or discovered which may augment or otherwise modify the information that You provide and documents that You produce. Supplementary documents are to be served within five (5) days after receipt or discovery of such information or documents.

B. Examinee is hereby notified that its duty to respond to this document request includes the duty to furnish all information, documents and materials which are in Your possession or available to You, including all those which can be obtained from additional sources or in the possession of Your agents, representatives, employees, investigators, attorneys, or anyone acting on their behalf or on Your behalf, pursuant to Fed.R.Bankr.P. 7036. If You are unable to locate any requested information or document after exercising due diligence to secure the requested document, so state.

C. In the event that any document requested herein is not presently in Your possession or subject to Your control, please identify each person You have reason to believe had or has knowledge of its contents.

D. If any document is not produced under a claim of privilege, for each such document identify the nature of the privilege (including work product) that is being claimed, indicate the document request to which the document is responsive, and provide the following information, unless divulgence of such information would cause disclosure of the allegedly privileged information: (1) the type of document, including the number of pages, and attachments or appendices; (2) the general subject matter of the document; (3) the date of the document; (4) all persons to whom the document was distributed, shown or explained; and (5) such other information as is sufficient to identify the document for a subpoena *duces tecum*, including, where appropriate, the author of the document, the addressee of the document, and, where not apparent, the relationship of the author and addressee to each other.

E. In the event that any document called for has been destroyed, discarded, or otherwise disposed of, identify the document by stating its: (a) author or preparer; (b) addressee(s); (c) indicated or blind copies; (d) date; (e) subject matter; (f) number of pages; (g) attachments or appendices; (h) all Persons to whom it was distributed to or shown; (i) date of destruction of other disposition; (j) manner of destruction or other disposition; (k) reason for destruction or other disposition; (l) Person destroying or disposing of the document; and (m) the document request or requests to which the document is responsive.

F. In producing documents requested herein, You shall produce documents in full, without abridgment, abbreviation, and expurgation of any sort.

G. All documents shall be produced as they are kept in the usual or ordinary course of business with any identifying labels, file markings or similar identifying features, and shall be organized and segregated in accordance with the numbered and lettered paragraphs and subparagraphs herein, pursuant to Fed.R.Civ.P. 45, made applicable in bankruptcy cases by Fed.R.Bankr.P. 9016.

H.     All requests herein refer to the period from **March 1, 2014** to the date of production, unless otherwise specifically indicated, and shall include all documents and information that relate to such period, even though prepared, generated or published prior to or subsequent to that period.

## **DOCUMENT REQUESTS**

A.     **REAL PROPERTY**

1)     All documents that evidence, refer or relate to any real property owned by You, individually or jointly with another person or entity, anywhere in the world, from March 2014 through the date of your response, including but not limited to deeds, mortgages, property tax bills.

2)     Complete copy of the closing file, including, without limitation, copies of any and all promissory notes, mortgages, HUD-1s, listing agreements, closing statements, settlement statements, addendums, deeds, mortgage or loan applications, and payment documents, for all real property in which you've had an interest in the six (6) years up to and including the Petition Date, including but not limited to:

3)     Copies of all records relating to any **home improvements** performed to any real property that You and/or Your significant other used, occupied, possessed, owned, rented, or controlled in the four (4) years up to and including the Petition Date.

4)     Copy of any homeowner's or renter's insurance policy(ies) with respect to any real property that You and/or Your significant other used, occupied, possessed, owned, rented, or controlled in the four (4) years up to and including the Petition Date, including but not limited to:

   a) 2250 NW 114th Ave., Unit 1V, Miami, FL 33172
   b) 2260 NW 114th Ave., Unit 1V, Miami, FL 33172

5)     Copy of any lease, rental agreement, purchase agreement, and/or sale agreement or contract with respect to any real property that You and/or Your spouse used, occupied, possessed, owned, rented, or controlled in the four (4) years up to and including the Petition Date, including but not limited to:

   a) 2250 NW 114th Ave., Unit 1V, Miami, FL 33172
   b) 2260 NW 114th Ave., Unit 1V, Miami, FL 33172

B.     **PERSONAL PROPERTY**

6)     Detailed **color** photographs of all personal property in your home, whether you claim an interest in the property or not, both of full room/wide view and close ups of any electronics, jewelry, and other valuables, including without limits:

    a) Designer wear, shoes, furs, accessories and electronics.

7) Any and all documents that evidence, refer or relate to household goods, furnishings, and fixtures that have been purchased by You from March 2014 to present that had a purchase price of $500 or more.

8) Any and all documents that evidence, refer or relate to collectibles (e.g., artwork, antiques, paintings, books, memorabilia prints, pictures, stamps, cards, art objects) clothes, or jewelry (e.g., watches, rings, heirlooms, gems, gold and silver) that You now own or have owned from March 2014 to present.

**C.**    **PERSONAL FINANCIAL**

9) Copies of all bank statements (monthly or periodic) and records (including, but not limited to, ledger accounts, deposit slips, cancelled checks (front and back), check registers, check stubs, debit or credit advices or memos and wire transfers) for all **bank accounts**, both open and closed, personal or business, including virtual bank or merchant accounts, in any and all financial institutions, anywhere (foreign or domestic), from **March 2014 to present**, that are in Your name or joint name, or where You are an authorized signer or have an interested party of any kind, including but not limited to:

    a) Bank of America Acct. #'s 5758 and 5627.

    b) Unscheduled Account # 1127

    c) Unscheduled Account # 3439

10) Explanation for any and all electronic wire transfers (incoming or outgoing) as reflected on the bank statements and records produced in response to request 9, *supra*, including but not limited to:

    a) Incoming

        i) 3/16/17 - $52,273.38 (Acct. # 1127)

        ii) 6/20/17 - $8,153.30 (Acct. # 1127)

        iii) 6/20/17 - $3,494.27 (Acct. # 1127)

        iv) 6/30/17 - $50,000.00 (Acct. # 1127)

        v) 7/7/17 - $23,849.51 (Acct. # 1127)

        vi) 7/7/17 - $8,140.78 (Acct. # 1127)

        vii) 8/1/17 - $27,087.38 (Acct. # 1127)

        viii) 10/18/17 - $10,000.00 (Acct. # 5758)

        ix)    12/1/17 - $7,276.70 (Acct. # 1127)

        x)    12/7/17 - $29,126.31 (Acct. # 1127)

    b) Outgoing

        i)    3/16/17 - $15,000.00 (Acct. # 1127)

11) Complete copies of all documents relating to any and all electronic wire transfers (incoming or outgoing) as reflected on the bank statements produced in response to request 9, *supra*.

12) Explanation for Check No. 1022, in Account # 1127, dated 07/05/17 made payable to Bam Bam Used Auto Sales, Inc. for $40,000.00.

13) Any and all signature cards that name You as an authorized signatory on any financial account, for any entity or other third party, from March 2014 to present.

14) Full accounting of all cash advances taken from any credit card or line of credit within four (4) years of the Petition Date, including a description of what the money was used for.

15) Any and all documents submitted to any bank, financial institution, or any other person or entity, by You, for any loan or advance, in any capacity (borrower, guarantor, or surety) from March 2014 to present.

16) Copies of any and all credit and/or loan applications, including, without limitation, any personal financial statements, that were submitted to any person, entity or financial institution by You from March 2014 to present day.

17) All documents that evidence, refer or relate to any interest in, or claimed title to, any certificates of deposit, letters of credit, money orders, cashier's checks, traveler's checks, bank deposits, note receivables, pledges, or security interests in favor of You or escrow funds owned or held by You from March 2014 to present.

18) All documents that evidence, refer or relate to any account into which any of Your earnings or other income has been deposited from March 2014 to present, whether You continue to have an interest in it or not.

19) All documents that evidence, refer or relate to You having authority to access any safe-deposit box or other bank-secured area, from March 2014 to present.

20) Copies of all **liability, credit card and/or credit line statements** listed on *Schedule E/F,* in addition to any other accounts on which you are an authorized signor, including

any receipts (if applicable), reflecting all purchases and/or transactions made from March 2014 to present.

21) Signed copies of Your filed 2014, 2015, 2016 and 2017 federal income tax returns (i.e., personal and joint), including all supporting forms, schedules and documentation, such as K-1s, W-2s, 1099 (including but not limited to 1099-DIV or 1099-INT) and 1098 forms, and W-4 tax withholding forms. If a return was not filed, provide declarations of no income filed with the IRS and all related documents regarding same.

22) Copy of any 2016 and 2017 federal income tax refund check that You, Your spouse, and/or any corporate entity in which You claim ownership received.

23) All documentation regarding any and all wills, family trusts, interests in insurance policies, equitable or future interests, life estates, and rights or powers exercisable for the benefit of the Debtor or where You and/or Your spouse are named.

24) All documentation relating to any outstanding government, federal, state, and/or municipal) tax obligations, including without limitation, copies of tax liens, that You and/or Your spouse or any corporation in which You are listed as an officer, as of the Petition Date.

25) Any and all documents relating to any cash withdrawals from any of your bank accounts in the last two (2) years up to and including the Petition Date for $500 or more, and a description and supporting documents regarding the use of the withdrawn funds.

26) All documents that evidence, refer or relate to stocks, bonds, mutual funds, debentures, certificates of deposit, or other investments owned by You or held for Your benefit.

27) Any and all documents that evidence, refer or relate to any retirement accounts or annuities, whether individual or employer sponsored, owned by You or held for Your benefit.

28) Any and all documents that evidence, refer or relate to any stock options or profit sharing plans held by You or for Your benefit.

29) Any and all documents that evidence, refer or relate to a cash value in any life insurance policy of You and copies of all policies, whether term, whole life, or universal.

D. **BUSINESS INTERESTS**

30) All documents that evidence, refer or relate to Your ownership interest in any business entity, including, without limitation, a corporation, limited liability company, partnership, a limited partnership, a limited liability partnership, a limited liability limited partnership, a

professional association and a professional corporation, from March 2014 to present, including but not limited to:

    a) Go Solar, LLC

    b) Prestige Solar, Inc.

31) Provide a USB flash-drive, portable drive, or disc containing the accounting data including the name of the software used and the passwords required to access the data, from March 2014 to present, for any entity in which you've had an ownership, equitable, beneficial or other interest in, including but not limited those listed in request 30, *supra*.

32) Signed copies of all local, state and federal tax returns for the 2013, 2014, 2015 and 2016, including all supporting forms, schedules and documentation, such as K-1s, W-2s, 1099 and 1098 forms, and W-4 tax withholding forms, filed by or for any entity in which you've had an ownership, equitable, beneficial or other interest in, including but not limited those listed in request 30, *supra*.

33) All corporate documents without limitation, any revised or amended versions, from March 2014 to present, including but not limited to articles of incorporation, bylaws, shareholder agreements, meeting minutes, and corporate resolutions, stock certificates, and actions by consent of shareholders, for any entity in which you've had an ownership, equitable, beneficial or other interest in since March 2014, including but not limited those listed in request 30, *supra*.

34) Copies of all corporate financial documents (including, but not limited to, payroll records, signed payroll tax returns, profit and loss statements, general ledgers, accounts receivable, inventory, accounts payable), from March 2014 to the Petition Date, for any entity in which you've had an ownership, equitable, beneficial or other interest in since March 2014, including but not limited those listed in request 30, *supra*.

35) Provide complete copies of all business records, from March 2014 to present, including but not limited to: occupational licenses, business licenses (federal, state, county, city), patents, financing statements, factoring agreements, financing agreements, distribution agreements, partnership agreements, licenses, copyright and trademark, intellectual property, website detail, fictitious name information, non-proprietary manufacturing agreements, assignments, pledges, and financial statements, for any entity in which you've had an ownership, equitable, beneficial or other interest in since March 2014, including but not limited those listed in request 30, *supra*.

36) Copies of any and all statements (periodic or monthly) and all support for all deposits, withdraws and transfers (including, without limitation, ledger accounts, memoranda, signatory cards, checkbooks, canceled checks (front and back), wire transfers (incoming and outgoing), debit or credit advices or memos, deposit slips, withdraw slips and any other records) for all bank accounts (open or closed), including all virtual bank or merchant accounts (such as PayPal), in any and all financial institutions, anywhere (foreign and domestic), from March 2014 to the Petition Date, where any entity in which you've had an ownership, equitable, beneficial or other interest in since March 2014, was a joint name, authorized signer, exercised control, or otherwise had an interest, including but not limited those listed in request 30, *supra*

37) Copies of any and all agreements, including but not limited to employment contracts or agreements, leases, including, without limitation, property, rental and equipment leases, related to or concerning any entity in which you've had an ownership, equitable, beneficial or other interest in since March 2014, including but not limited those listed in request 30, *supra,* and to include:

    a) **Agreement with any business advisor or business manager.**

38) All documentation and information regarding any and all transfers of money, property, contributions, loans, investments, gifts, cash withdrawals, or payments over $1,000.00, made to any person and or any entity outside of the ordinary course of business (including, without limitation, any shareholders, principals, officers, directors, owners, employees, contractors or agents of the Debtor), from March 2014 to present by any entity in which you've had an ownership, equitable, beneficial or other interest in since March 2014, including but not limited those listed in request 30, *supra.*

39) Copies of any and all financial statements prepared for any lender, creditor, or third party, from March 2014 to the Petition Date, for any entity in which you've had an ownership, equitable, beneficial or other interest in since March 2014, including but not limited those listed in request 30, *supra.*

40) All documents related to any profit, equity or benefit sharing agreement or joint venture arrangement in which any entity in which you've had an ownership, equitable, beneficial or other interest in since March 2014 has an interest, including but not limited those listed in request 30, *supra.*

**GENERAL / OTHER**

41) Provide any and all documents, including monthly or periodic financial statements and records, regarding joint business ventures, trusts, arrangements, and/or assets held or that You participated in with any individuals or entities within four (4) years immediately preceding the Petition Date, including but not limited to:

    a)    Oscar Garcia
    b)    Vanessa Romay
    c)    Miguel Saba
    d)    Amad Farah
    e)    Andres Blanco Perez
    f)    Omar Dalal Bou Hamdan
    g)    Maria Balaguer
    h)    Roberto Cano
    i)    Micah McCarter
    j)    Jon Paulisin(i)
    k)    Nidiel Puentes
    l)    Maritza Vargas

42) All documents relating to any and all transfers of money, contributions, investments, property, loans, gifts over $500.00 made by the Debtor to any person, party or entity, from March 2014 to present, including but not limited those individuals listed in request 41, *supra*.

43) Any and all documents that evidence, refer or relate to any lawsuit, court action, or administrative proceeding, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, contract disputes, and any other proceeding, from March 2014 to present.

44) Color copies of all pages of any and all passports (United States passports as well as passports and or other travel documents issued to you by any country), that were in Your possession, custody or control, or available to You from March 2014 to Present.

\* \* \*

**The Trustee reserves the right to request additional documents as the investigation continues, as the Examination proceeds, as additional issues are uncovered, and as clarifications are required.**