UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

Rafael Angel Gonzalez Mendoza and
Carmen Cecilia Balguer Peral

    Debtors
_____/

Case No.: 18-13386-RAM

Chapter 7

## NOTICE OF FILING RESPONSE TO 2004 EXAMINATION DUCES TECUM

**COMES NOW** Debtors' counsel for Rafael Angel Gonzalez Mendoza and Carmen Cecilia Balguer Peral and files a copy of the response to the Trustee's 2004 Examination Duces Tecum which was emailed to the Trustee's office on July 19, 2018.

Respectfully submitted,

By: _____
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
[ ] Gianny Blanco, Esq. FBN: 0078080
10647 N Kendall Dr
Miami, FL 33176
Tel: (305) 826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com

# FREIRE & GONZALEZ, P.A.

EDWARD FREIRE, ESQ.          LAILA S. GONZALEZ, ESQ.          GIANNY BLANCO, ESQ

Via email: joshua.kligler@dunnlawpa.com

July 19, 2018

Dunn Law, P.A.
Attn: Joshua C. Kligler, Esq.
555 Northeast 15th Street, Ste 934-A
Miami, FL 33132-1451

Re:  **Rafael Angel Gonzalez Mendoza and Carmen Cecilia Balguer Peral**
     **Case No.: 18-13386-RAM**

Dear Mr. Kliger:

    I am receipt of your Notice of Rule 2004 Examination Duces Tecum and enclose the following documents in response as follows:

    **A.**     **Real Property:**

        1.     Please note the Debtors have never owned any real property, they have always rented.

        2.     None.

        3.     None.

        4.     None

        5.     Enclosed please find a copy of the only rental agreements the Debtors have entered into within four (4) years prior to the petition date.

            a)     The address located at 2250 NW 114th Avenue, Unit 1V, Miami, FL 33172 is a service which allowed the Debtors to receive packages. This is an online service called Mailboxes, etc.

            b)     The address located at 2260 NW 114th Avenue, Unit IV, Miami, FL 33172 is also a service which allowed the Debtors to receive packages. This is an online service called Mailboxes, etc.

    **B.**     **Personal Property**

        6.     Enclosed please find pictures of the Debtors' household goods and furnishings.

        6a.     The Debtors do not have any designer wear, shoes or furs. Pictures of the electronics are included in the document request to the above

---

| FORT MYERS | MIAMI (MAIN OFFICE) | HIALEAH |
|---|---|---|
| 1922 VICTORIA AVE | DADELAND WEST EXECUTIVE PARK | 419 W. 49TH STREET |
| SUITE C | 10647 NORTH KENDALL DRIVE | SUITE 209 |
| FORT MYERS, FL 33901 | MIAMI, FL 33176 | HIALEAH, FL 33012 |
| PH: (239) 337-4714 | PH: (305) 826-1774 | PH: (305) 826-1774 |
| FAX: (239) 337-4862 | FAX: (305) 826-1794 | FAX: (305) 826-1794 |

# FREIRE & GONZALEZ, P.A.

EDWARD FREIRE, ESQ.        LAILA S. GONZALEZ, ESQ.        GIANNY BLANCO, ESQ

        request.

7. There are no documents with regard to this request. Most of the furniture was purchased between 2013 and 2014, at Ikea and Ashley furniture. The only item purchased by the Debtors which exceeded the purchase price of $ 500 was a television purchased over two (2) years ago, but they did not keep the receipt.

8. The Debtors do not have any documents with regard to this request other than pictures of the Debtors' jewelry, which are enclosed.

**C.    Personal Finance**

9. With regard to the Debtors' Bank Accounts enclosed please find:

   a. Statements for the Bank of America Checking Account No.:5758 and Savings Account No.: 5627 from February 15, 2014 to June 18, 2018.
   b. Statements for the Bank of America Business checking Account No.: 1127 from June 2, 2017 to June 30, 2018.
   c. Statements for the Bank of America Business checking Account No.: 3439 from August 28, 2014 to May 31, 2017. Please note this account was closed by the bank due to non-authorized charges in May, 2017.

10. Explanation of electronic wire transfers:

    a) Incoming

    Business Account

       i) 3/16/17 -$52,273.38 transfer from joint debtor's mother to business bank acct. No. 1127 to keep business afloat.
       ii) 6/20/17 - $8,153.30 wire transfer to business bank acct. No. 1127 from Ygrene - payment for solar panels and work performed
       iii) 6/20/17 - $3,494.27 wire transfer to business bank acct. No. 1127 from Ygrene - payment for solar panels and work performed
       iv) 6/30/17 - $50,00.00 wire transfer to business bank acct. No. 1127 from Ygrene - payment for solar panels and work performed.
       v) 7/7/17 - $23,849.31 wire transfer to business bank acct. No. 1127 from Ygrene - payment for solar panels and work performed.
       vi) 7/7/17 - $8,140.78 wire transfer to business bank acct. No. 1127 from Ygrene - payment for solar panels and work

| FORT MYERS | MIAMI (MAIN OFFICE) | HIALEAH |
|---|---|---|
| 1922 VICTORIA AVE | DADELAND WEST EXECUTIVE PARK | 419 W. 49TH STREET |
| SUITE C | 10647 NORTH KENDALL DRIVE | SUITE 209 |
| FORT MYERS, FL 33901 | MIAMI, FL 33176 | HIALEAH, FL 33012 |
| PH: (239) 337-4714 | PH: (305) 826-1774 | PH: (305) 826-1774 |
| FAX: (239) 337-4862 | FAX: (305) 826-1794 | FAX: (305) 826-1794 |

# FREIRE & GONZALEZ, P.A.

EDWARD FREIRE, ESQ.        LAILA S. GONZALEZ, ESQ.        GIANNY BLANCO, ESQ

      vii)    performed.
             8/1/17 - $27,087.38 wire transfer to business bank acct. No. 1127 from Ygrene - payment for solar panels and work performed.

Personal Account:

      viii)   10/18/17 - $10,000.00 deposit into personal bank acct. No. 5758 was a partial payment from the sale of Agrotrans (business in Venezuela listed in the SOFA) ( Please note: When you have to send money from Venezuela, it is hard to get dollars so that is why the money gets sent in smaller amounts than the entire transaction amount.)

Business Account:

      ix)    12/1/17 - $7,276.70 - Ygrene- payment for solar panels and work performed.
      x)     12/7/17 - $29,126.31 -Ygrene- payment for solar panels and work performed.

    b)    Outgoing:

      i)     3/16/17 -$15,000.00-Loan Payment for short-term loan to the business from a money lender, which is reflected in the bank statements as follows: 2/24/2017 deposit of $ 9,000.00 and on 2/27/2017 deposit of $ 6,000.00 into the Regions business bank account.

11.    The Debtors have no additional documents other than what is reflected in the business and personal bank statements and the Quickbooks on the USB drive which is being mailed out to theTrustee on July 19, 2018.

12.    The owner of Bam Bam Used Auto Sales, Inc. purchased solar panels and then changed his mind. Check no. 1022 from business account was to used to return the money to him.

13.    Enclosed please find the debtors' signature cards for:
- Bank of America Checking Account No. 5758
- Bank of America Savings Account No. 5627
- Bank of America Business Account No. 1127

14.    None. The Debtors never took any cash advances from any of their credit cards. The only loan which is similar to a line of credit was the loan from Lending Tree for $ 15,000.00. The funds were deposited in the Debtors' bank account and were used for living expenses as reflected in the bank account statements. The

| FORT MYERS | MIAMI (MAIN OFFICE) | HIALEAH |
|---|---|---|
| 1922 VICTORIA AVE | DADELAND WEST EXECUTIVE PARK | 419 W. 49TH STREET |
| SUITE C | 10647 NORTH KENDALL DRIVE | SUITE 209 |
| FORT MYERS, FL 33901 | MIAMI, FL 33176 | HIALEAH, FL 33012 |
| PH: (239) 337-4714 | PH: (305) 826-1774 | PH: (305) 826-1774 |
| FAX: (239) 337-4862 | FAX: (305) 826-1794 | FAX: (305) 826-1794 |

# FREIRE & GONZALEZ, P.A.

EDWARD FREIRE, ESQ.          LAILA S. GONZALEZ, ESQ.          GIANNY BLANCO, ESQ.

application was an on-line application. The only document the Debtors have is the email reflecting the approval of the loan, which is enclosed.

15. See the answer to Question 14.

16. The Debtors do not have any documents with regard to this request.

17. None

18. The only bank accounts into which the Debtors deposited their earnings were the bank accounts reflected in Schedule A/B of the petition.

19. None

20. Enclosed please find copies of the Debtors' credit card statements which are in the Debtors' possession. These are the only documents the Debtors have with regard to this request. They have no receipts.

21. Please note the debtors did not file a 2014 tax return. They started working for their company, Prestige Solar, Inc., in August, 2014. Enclosed please find copies of their 2015, 2016 and 2017 Joint Income Tax Returns. The Debtors did not file a declaration of no income.

22. Enclosed please find copies of the checks from the IRS for the 2017 and 2017 Tax Returns.

23. None

24. None

25. The Debtors have advised that there are only six (6) cash withdrawals that fall into the requested parameters.

    2/9/2018- Withdrawal of $ 500.00-These funds were withdrawn to pay for the Debtors' daughter's gymnastics. Enclosed please find a copy of the receipt for gymnastics for the Debtors' daughter.

    12/26/2017-Withdrawal of $ 500.00-These funds were withdrawn for the Debtors' daughters' competition fees for gymnastics. Enclosed please find a receipt reflecting the payment of same.

    11/30/2017-Withdrawal of $ 900.00-Enclosed please find a copy of the receipt for two (2) months of the Debtors' daughter's gymnastics payments. The Co-Debtor used the balance of the $900.00 to pay for their son's tennis classes.

    5/25/2017-Withdrawal of $ 600.00-The Debtor deposited $ 850.00 into the business bank account on 8/31/2017.

| FORT MYERS | MIAMI (MAIN OFFICE) | HIALEAH |
|---|---|---|
| 1922 VICTORIA AVE | DADELAND WEST EXECUTIVE PARK | 419 W. 49TH STREET |
| SUITE C | 10647 NORTH KENDALL DRIVE | SUITE 209 |
| FORT MYERS, FL 33901 | MIAMI, FL 33176 | HIALEAH, FL 33012 |
| PH: (239) 337-4714 | PH: (305) 826-1774 | PH: (305) 826-1774 |
| FAX: (239) 337-4862 | FAX: (305) 826-1794 | FAX: (305) 826-1794 |

# FREIRE & GONZALEZ, P.A.

EDWARD FREIRE, ESQ.          LAILA S. GONZALEZ, ESQ.          GIANNY BLANCO, ESQ

2/8/2017-Withdrawal of $ 500.00-$ 350.00 of this withdrawal was deposited into the Prestige Solar Business Bank account on 2/17/2017.

1/24/2017-Withdrawal of $ 1,000.00-This withdrawal was deposited into the Prestige Solar Business Bank account on the same day.

26. None

27. None

28. None

29. None

**D. Business Interests:**

30.    a)    None. Please note that with regard to Go Solar, LLC, the debtor is solely a 1099 employee.

       b)    Enclosed please find the Sunbiz documents regarding the ownership of Prestige Solar, Inc. Please be advised that the stock certificates are located in the storage facility the Trustee abandoned.

31. The USB flash-drive containing the Quick Books information which contains the accounting data is being mailed to the Trustee on July 19, 2018. There is no password.

32. Please note the business, Prestige Solar began operations in August, 2014. Enclosed please find a copy of the business Income Tax Returns for 2015, 2016 and 2017.

The Debtor's other business, which was located in Venezuela, Agro Trans Venezuela, ceased operations in 2013, because the Debtor moved to the United States and he was the person who was running the company. Last year the other 50% owner of the company purchased the Debtor's 50% ownership of the assets of the corporation which consisted of two (2) trucks/trailers.

33. Already provided in number 30. b.

34. Information in Quick books file.

35. With regard to this request, Prestige Solar only had a business license and an occupational license and a business license, both of which are inside the storage unit, to which the Debtor no longer has access, because the storage unit is no longer being paid. Enclosed please find a copy of the contractor's license.

FORT MYERS
1922 VICTORIA AVE
SUITE C
FORT MYERS, FL 33901
PH: (239) 337-4714
FAX: (239) 337-4862

MIAMI (MAIN OFFICE)
DADELAND WEST EXECUTIVE PARK
10647 NORTH KENDALL DRIVE
MIAMI, FL 33176
PH: (305) 826-1774
FAX: (305) 826-1794

HIALEAH
419 W. 49TH STREET
SUITE 209
HIALEAH, FL 33012
PH: (305) 826-1774
FAX: (305) 826-1794

# FREIRE & GONZALEZ, P.A.

EDWARD FREIRE, ESQ.          LAILA S. GONZALEZ, ESQ.          GIANNY BLANCO, ESQ

36. The information is in the Quick books file and copies for same are in the aforementioned storage unit.

37. Any documents with regard to this request are located in the aforementioned storage unit.

38. Any information with reference to this request is located in Quick books. Copies of said documents are in the storage unit.

39. None.

40. None.

**General / Other**

41. a) The only document is with regard to the sale of AgroTrans is the email which was already provided to the Trustee.

b) None. However, the Debtor's partner in Agro Trans traded Venezuelan Bolivares, the Venezuelan currency, for U.S. dollars, so Mr. Garcia wire transferred said funds to the Debtors.

c) None. However, However, the partner in Agro Trans traded Venezuelan Bolivares, the Venezuelan currency, for U.S. dollars, so Ms Romay wire transferred said funds to the Debtors.

d) None. However, Amad Farah, is a family friend and they rented a property during the hurricane Irma. She paid half of the rental fees.

e) None-However, the partner of Agro Trans traded Venezuelan Bolivares, the Venezuelan currency for U.S. dollars, so Mr. Blanco wire transferred said funds to the Debtors.

f) None, The Debtors do not recognize this name whatsoever.

g) Maria Balaguer, Co debtor's mother

h) None- However Roberto Cano sold U.S. Dollars to the partner who purchased Agro Tran and wire transferred the U.S. Dollars to the Debtors.

i) None-other than Micah McCarter was a Prestige Solar 1099 employee, there were checks cut to him.

j) None- other than the Jon Paulisin(I) was a Prestige Solar 1099 employee and there are therefore checks cut to him.

k) None-other than Nidiel Puentes was a Prestige Solar 1099 employee so

| FORT MYERS | MIAMI (MAIN OFFICE) | HIALEAH |
|---|---|---|
| 1922 VICTORIA AVE | DADELAND WEST EXECUTIVE PARK | 419 W. 49TH STREET |
| SUITE C | 10647 NORTH KENDALL DRIVE | SUITE 209 |
| FORT MYERS, FL 33901 | MIAMI, FL 33176 | HIALEAH, FL 33012 |
| PH: (239) 337-4714 | PH: (305) 826-1774 | PH: (305) 826-1774 |
| FAX: (239) 337-4862 | FAX: (305) 826-1794 | FAX: (305) 826-1794 |

# FREIRE & GONZALEZ, P.A.

EDWARD FREIRE, ESQ.          LAILA S. GONZALEZ, ESQ.          GIANNY BLANCO, ESQ

there were checks cut to him.

l) None-However the Debtors rented a house in Orlando during Hurricane Irma and Maritza Vargas is the owner of the Orlando property, so there should be a check made payable to Ms. Vargas.

42. None, other than what has already been provided herein.

43. Please see enclosed a copy of the lawsuit against the Debtors and the Debtor's business.

44. Enclosed please find a copy of the Debtors' passports from Venezuela. The Debtors do not have a passport issued from the United States. They have no other travel documents.

Should you have any additional questions, please don't hesitate to call me.

Sincerely,

Laila S. Gonzalez, Esq.
LSG: fr

Enclosures

FORT MYERS
1922 VICTORIA AVE
SUITE C
FORT MYERS, FL 33901
PH: (239) 337-4714
FAX: (239) 337-4862

MIAMI (MAIN OFFICE)
DADELAND WEST EXECUTIVE PARK
10647 NORTH KENDALL DRIVE
MIAMI, FL 33176
PH: (305) 826-1774
FAX: (305) 826-1794

HIALEAH
419 W. 49TH STREET
SUITE 209
HIALEAH, FL 33012
PH: (305) 826-1774
FAX: (305) 826-1794