UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                  Case No.: 18-13386-RAM

Rafael Angel Gonzalez Mendoza and            Chapter 13
Carmen Cecilia Balguer Peral

       Debtors.
_____/

## RESPONSE TO TRUSTEE'S MOTION TO EXTEND TIME FOR TRUSTEE TO FILE A COMPLAINT OBJECTING TO DEBTORS' DISCHARGE

**COME NOW** the Debtors Rafael Angel Gonzalez Mendoza and Carmen Cecilia Balguer Peral by and through undersigned counsel and respond to the Trustee's Motion for Extension of Time for Trustee to File a Complaint Objecting to Discharge and state as follows:

1. The Debtors filed the instant case on March 23, 2018 and the 341 Meeting of Creditors was held and concluded on May 2, 2018. Under information and belief at the 341 Meeting of Creditors the Debtor testified that all of the documentation for the Debtor's business, Prestige Solar was located within a storage unit. On or about May 6, 2018 the Debtor provided the Trustee, specifically, Alexandra Castro the key to the storage unit and pictures of the of the contents of the storage unit.

2. At the 341 Meeting of Creditors Debtor's counsel agreed to extend the deadlines for 60 days.

3. On or about March 26, 2018 prior to the 341 Meeting of Creditors, the Trustee requested documents from the Debtor. On or about April 27, 2018 Debtors' counsel emailed to the Trustee documents and answered the questions contained in the email.

3. On or about June 14, 2018 Undersigned contacted the Trustee's office to advise that the Debtor could no longer afford to pay for the storage unit. Undersigned was advised by the Trustee's office that it was the intent of the Trustee to abandon the contents of the storage unit on or about June 15, 2018.

4. On or about July 2, 2018 the Trustee issued a Notice of Rule 2004 Examination Duces Tecum for both Debtors.

5. On or about July 20, 2018 Undersigned spoke with Mr. Josh Kligler, Esq., and advised

that a large portion of the documentation requested by the Trustee was located on a USB drive. Undersigned inquired if Mr. Kligler wished Undersigned to drop off the USB drive. Mr. Kligler suggested that Undersigned should just mail the USB drive.

6. Undersigned's office mailed the USB drive as suggested by the Trustee's office on July 20, 2018.

7. On or about July 25, 2018 Undersigned received an email from Mr. Kligler advising that he had never received the USB drive. On the same day Debtor's counsel dropboxed the contents of the USB drive to the Trustee's office.

**WHEREFORE**, for the above reasons Debtor prays this Honorable Court enter an Order Denying the Trustee's Motion for Extension of Time for Trustee to file a Complaint Objecting to Debtors' Discharge.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 2nd day of August, 2018 to **Joel L. Tabas,** Chapter 07 Trustee, Via NEF, **US Trustee,** via NEF, **all registered users of ECF** via NEF, and the **Debtor** in the instant case via first class mail.

FREIRE & GONZALEZ, P.A.,
Attorneys for Debtors(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
[ ] Gianny Blanco, Esq., FBN: 0078080
10647 N. Kendall Dr
Miami, FL 33176
(305) 826-1774
courtdoc@fgbkc.com