UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                              Case No.: 18-13386-RAM

Rafael Angel Gonzalez Mendoza                       Chapter 7
and Carmen Cecilia Balguer Peral

        Debtors.
_____/

## NOTICE OF UNAVAILABILITY OF DEBTORS' COUNSEL

**COME NOW** Debtors' counsel and files this Notice of Unavailability on the following dates:

- Tuesday, September 25, 2018
- Friday, October 5, 2018
- Tuesday, October 9, 2018
- Tuesday, October 16, 2018
- Week of October 18 -26, 2018

Respectfully submitted,

By: /s/ _____
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[ ] Laila S. Gonzalez, Esq. FBN: 0975291
[ ] Gianny Blanco, Esq. FBN: 0078080
10647 N Kendall Dr
Miami, FL 33176
Tel: (305) 826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com