

**ORDERED in the Southern District of Florida on September 25, 2018.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re: ) | CASE NO. 18-13386-RAM |
| ) | CHAPTER 7 |
| RAFAEL ANGEL GONZALEZ MENDOZA and ) | |
| CARMEN CECILIA BALGUER PERAL, ) | |
| ) | |
| Debtors. ) | |

**ORDER SETTING REPLY DEADLINE AND FURTHER HEARING ON
CHAPTER 7 TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS**

The Court conducted a preliminary hearing on September 13, 2018 on the Trustee, Marcia T. Dunn's (the "Trustee") Objection to Debtors' Scheduled Valuation and Claimed Exemption of Scheduled Property (the "Objection to Exemptions") [DE #53]. For the reasons

stated on the record at the hearing, which are incorporated here by reference, it is -

**ORDERED** as follows:

1. The Court will conduct a further nonevidentiary hearing on the Objection to Exemptions on **October 17, 2018** at **10:00 a.m.**, at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, Florida 33128.

2. At the hearing, the Court will consider only legal argument on the issue of whether the Debtors are entitled to claim the federal exemptions set forth in 11 U.S.C. § 522(d).

3. The Trustee shall file a reply in support of her Objection to Exemptions by October 9, 2018.

###

COPIES TO:

Joshua C. Kligler, Esq.
Laila S. Gonzalez, Esq.