UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

RAFAEL ANGEL GONZALEZ MENDOZA and  Case No. 18-13386-RAM
CARMEN CECILIA BALGUER PERAL,   Chapter 7

    Debtors.

_____/

### TRUSTEE'S MOTION TO APPROVE
### ABANDONMENT, DESTRUCTION, AND DISPOSAL
### OR TURNOVER OF CERTAIN PERSONAL PROPERTY AND
### FOR REIMBURSEMENT OF REASONABLE RELATED EXPENSES

**Any interested party who fails to file and serve a written response to this Motion within 21 days after the date of service stated in this Motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this Motion. Any scheduled hearing may then be canceled.**

Marcia T. Dunn, the duly appointed Chapter 7 Trustee (the "Trustee") for the Bankruptcy Estate of Rafael Angel Gonzalez Mendoza and Carmen Cecilia Balguer Peral (the "Estate"), by and through undersigned counsel, files this Motion to Approve Abandonment, Destruction and Disposal of Certain Personal Property and for Reimbursement of Reasonable Expenses Related to the Destruction and Disposal Thereof (the "Motion"), and states as follows:

1.  On March 23, 2018 (the "Petition Date"), the Debtors, RAFAEL ANGEL GONZALEZ MENDOZA and CARMEN CECILIA BALGUER PERAL (the "Debtors"), filed a voluntary petition for relief under Title 11, Chapter 7 of the United States Bankruptcy Code.

2.  On May 2, 2018, the Debtor's § 341 Meeting of Creditors was held and concluded. Marcia T. Dunn is the duly appointed and acting Chapter 7 Trustee of the Debtors' bankruptcy Estate.

3.      The Trustee has conducted discovery in this matter, including among other things, review of documents provided by the Debtors, conducting a Rule 2004 Examination of the Debtors, and review of approximately 14 boxes of documents that were previously located in storage in Delray Beach, Florida (the "Records").

4.      In connection with the administration of the Debtor's estate, the Trustee deemed it more efficient and cost effective to relocate the Records to her office in order to conduct her investigation and analysis of the Debtors.

5.      At this juncture, the Trustee has determined that there are sound business reasons to abandon, destroy and dispose of the Records that are in her possession, since these Records contain documents and information that will no longer be of use to the Trustee's investigation or to the benefit of the Estate.

6.      On November 9, 2018, Trustee's counsel advised Debtors' counsel that the Records are available for retrieval, or alternatively, the Trustee would seek to abandon them. To date, Debtors have not responded.

7.      Accordingly, the Trustee respectfully seeks approval to abandon, destroy and dispose of the Records as necessary and seeks approval for reimbursement of reasonable expenses related to the disposal thereof not to exceed $500.00.

8.      Pursuant to Local Rule 9013-1(D), a copy of the proposed Order is attached hereto as **Exhibit "A."**

**WHEREFORE**, for the reasons more particularly set forth above, Marcia T. Dunn, as Chapter 7 trustee of the bankruptcy estate of Rafael Angel Gonzalez Mendoza and Carmen Cecilia Balguer Peral, respectfully requests this Court enter an Order, in the form attached to this Motion: (i) approving the abandonment, destruction and disposal of the Records described herein; (ii)

authorizing the Trustee to take any reasonable action and reimbursing the Trustee for any reasonable expenses related to the destruction and disposal of any Record not retrieved prior to the entry of an Order granting this Motion; and (iii) for such other and further relief as the Court deems just and proper.

Dated:  November 20, 2018                    Respectfully Submitted,

                                             **DUNN LAW, P.A.**
                                             *Counsel for Marcia T. Dunn, Trustee*
                                             555 Northeast 15th Street, Suite 934-A
                                             Miami, Florida  33132-1451
                                             Tel: 786-433-3866
                                             Fax: 786-260-0269
                                             joshua.kligler@dunnlawpa.com

                                             By:    */s/ Joshua C. Kligler*
                                                    Joshua C. Kligler, Esq.
                                                    Florida Bar No. 69397

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2018, a true and correct copy of the foregoing was served via first class U.S. Mail upon all parties of interest on the Mailing Matrix.

I HEREBY CERTIFY that on this November 20, 2018, a true and correct copy of the above and forgoing was served via Notice of Electronic Filing (CM/ECF) upon all registered CM/ECF users in this case.

                                             By:    */s/ Joshua C. Kligler*
                                                    Joshua C. Kligler, Esq.
                                                    Florida Bar No. 69397