

**ORDERED in the Southern District of Florida on December 18, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

RAFAEL ANGEL GONZALEZ MENDOZA and        Case No. 18-13386-RAM
CARMEN CECILIA BALGUER PERAL,            Chapter 7

      Debtors.
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE ABANDONMENT, DESTRUCTION, AND DISPOSAL OR TURNOVER OF CERTAIN PERSONAL PROPERTY AND FOR REIMBURSEMENT OF <u>REASONABLE RELATED EXPENSES</u>**

**THIS MATTER** came before the Court upon *Trustee's Motion to Approve Abandonment, Destruction and Disposal or Turnover of Certain Personal Property and for Reimbursement of Reasonable Related Expenses* (the "<u>Motion</u>") [D.E. 67], and the Court, having reviewed the file, and the Motion; and the movant, by submitting this form of order, having represented that the Motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the

Motion, and that the form of order was attached as an exhibit to the Motion; and good cause having been shown, does hereby

**ORDER and ADJUDGE** that:

1. The Motion is **GRANTED.**

2. The Trustee is authorized to abandon the books, records and miscellaneous documents maintained by the Debtor (the "Records"), which are currently in the Trustee's possession.

3. The Trustee may proceed with the destruction and disposal of the Records and is further authorized to receive reimbursement of any reasonable expenses, not to exceed $500.00, for the destruction and disposal of any Records not retrieved by interested parties.

# # #

Submitted by:

Joshua C. Kligler, Esq.
Florida Bar No. 69397
DUNN LAW, P.A.
*Counsel for Marcia T. Dunn, Chapter 7 Trustee*
555 N.E. 15th Street, Suite 934-A
Miami, Florida 33132
Joshua.kligler@dunnlawpa.com

*Attorney Kligler is directed to serve copies of this Order upon all parties of record, and to file a Certificate of Service with the Court confirming such service.*